___ FILED      ___ ENTERED
___ LODGED    ___ RECEIVED

MAR 13 2009

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

09-CV-00115-ORD

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | | |
|---|---|---|
| BRIAN K. JOHNSON, | ) | CASE NO.: C09-0115-JLR |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER DENYING APPLICATION |
| | ) | TO PROCEED IN FORMA PAUPERIS |
| WA STATE SUPREME COURT, et al., | ) | AND DISMISSING § 1983 ACTION |
| | ) | |
| Defendants. | ) | |
| | ) | |

The Court, having reviewed plaintiff's application to proceed *in forma pauperis* (IFP) and proposed complaint, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's application to proceed IFP is DENIED and this action is DISMISSED without prejudice as to Defendant Vail, and with prejudice as to the other defendants, and,

(3) The Clerk is directed to send copies of this Order to plaintiff and to Judge Theiler.

DATED this 13th day of March, 2009.

JAMES L. ROBART
United States District Judge

ORDER DENYING APPLICATION TO PROCEED
IN FORMA PAUPERIS AND DISMISSING
§ 1983 ACTION
PAGE -1